Angeli-Johnson v Nizam (2024 NY Slip Op 06505)

Angeli-Johnson v Nizam

2024 NY Slip Op 06505

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

955 CA 22-01970

[*1]TARA ANGELI-JOHNSON AND SEAN JOHNSON, PLAINTIFFS-RESPONDENTS,
v
RAYEES NIZAM, M.D., ASSOCIATED GASTROENTEROLOGISTS OF CENTRAL NEW YORK, P.C., MICHAEL J. PICCIANO, M.D., CNY FAMILY CARE, LLP, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

MARTIN, GANOTIS, BROWN, MOULD & CURRIE, P.C., DEWITT (GABRIELLE L. BULL OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
DEFRANCISCO & FALGIATANO, LLP, EAST SYRACUSE (CHARLES L. FALGIATANO OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered November 3, 2022. The order denied the motion of defendants Rayees Nizam, M.D., Associated Gastroenterologists of Central New York, P.C., Michael J. Picciano, M.D., and CNY Family Care, LLP for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Sutton Inv. Corp. v City of Syracuse, 12 AD3d 1201, 1201 [4th Dept 2004]).
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court